taynaterlajeind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG 01 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00067 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| TAYNA L. TERLAJE, | [18 U.S.C. § 641] |
| Defendant. | |

THE GRAND JURY CHARGES

Beginning on or about November 27, 2006, and continuing up to on or about February 3, 2007, in the District of Guam, the defendant, TAYNA TERLAJE, willfully and knowingly, did steal and purloin United States currency from the Navy Exchange, Guam, of the value of

//
//
//
//
//

approximately $3,096, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this ___1___ day of August 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **07-00067**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__ Matter to be sealed: ____ Yes __x__ No

Defendant Name _____TAYNA L. TERLAJE_____

Alias Name _____

Address _____

_____Tamuning, Guam_____

Birthdate _Xx/xx/1972_ SS# _xxx-xx-4197_ Sex _F_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter: __X__ No ____Yes List language and/or dialect: _____

**RECEIVED AUG -1 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__ ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 7/24/07 Signature of AUSA: _Ryan M. Anderson_