# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>TAYNA L. TERLAJE<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-07-00067 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room |
|---|---|
| | Date and Time<br>Friday August 10, 2007 at 1:30 p.m. |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐☐ Supervised Release Violation Petition ☐ **Violation Notice**

**Charging you with a violation of** _____ 18 _____ **United States Code, Section(s)** _641_

**Brief description of offense:**

THEFT OF GOVERNMENT PROPERTY

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

RECEIVED
AUG - 2007
US MARSHAL OFFICE-GUAM

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

_August 1, 2007_
Date

**ORIGINAL**

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 8/6/07 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hagatna, G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _8/8/07_
Date

_[signature]_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.