# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00067 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| TANYA L. TERLAJE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **LOUIE J. YANZA** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to August 2, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 10, 2007**