# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00067-001    DATE: September 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori    Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 1:39:23 - 1:54:30
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Tayna L. Terlaje    Attorney: Louie J. Yanza
  Present  Custody  Bond  P.R.      Present  Retained  FPD  CJA

U.S. Attorney: Ryan Anderson    U.S. Agent:
U.S. Probation: Carleen Borja    U.S. Marshal: G. Perez
Interpreter:    Language:

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: December 18, 2007 at 9:00 a.m.
- Draft Presentence Report due to the parties: 11/13/2007
- Response to Presentence Report: 12/04/2007
- Final Presentence Report due to the Court: 12/11/2007
- Defendant released as previously ordered by this Court.

NOTES: