**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00067-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INFORMATIONAL REPORT** |
| vs. | ) | |
| | ) | |
| TAYNA L. TERLAJE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 10, 2007, Tayna L. Terlaje made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging her with Theft of Government Property, in violation of 18 U.S.C. §641. Ms. Terlaje was granted pretrial release with conditions. On September 19, 2007, she plead guilty and a Sentencing Hearing is scheduled for December 18,. 2007. Ms. Terlaje is alleged to have violation the following release condition in violation of 18 U.S.C. § 3142(c)(B)(ix):

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On October 10, 2007, the defendant submitted to urinalysis which tested presumptive positive for methamphetamine. She admitted in writing to using "meth" on October 8, 2007. Ms. Terlaje was counseled and returned to phase one day one of the testing program.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of her pretrial release.

Informational Report
Re: TERLAJE, Tayna L.
Criminal Case No. 07-00067-001
October 22, 2007
Page 2

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken.

                                          Respectfully submitted,

                                          ROSSANNA VILLAGOMEZ-AGUON
                                          Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                          U.S. Probation Officer

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    Ryan Anderson, SAUSA
       Louie Yanza, Defense Counsel
       File