# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00067-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| TAYNA L. TERLAJE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Violation of Pretrial Release Conditions; Request for Summons.

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise Tayna L. Terlaje, and in that capacity declare as follows:

On August 10, 2007, Tayna L. Terlaje made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging her with Theft of Government Property, in violation of 18 U.S.C. §641. Ms. Terlaje was granted pretrial release with conditions. On September 19, 2007, she pled guilty and a Sentencing Hearing was scheduled for December 18, 2007. Ms. Terlaje is alleged to have violated the following release condition in violation of 18 U.S.C. § 3142(c)(B)(ix).

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing.*

On October 18, 2007, the defendant failed to show for her scheduled drug test. She additionally failed to report to the probation office for a compliance meeting the following day. On October 19, 2007, the undersigned probation officer conducted a home visit and an appointment slip was left for her to report to the U.S. Probation Office on October 22, 2007.

DECLARATION IN SUPPORT OF PETITION
Violation of Pretrial Release Conditions; Request for Summons
Re: TERLAJE, Tayna L.
Criminal Case No. 07-00067-001
October 26, 2007
Page 2

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On October 22, 2007, the defendant reported to the office as scheduled and submitted to urinalysis which tested presumptive positive for methamphetamine. She admitted in writing to using "meth" on October 20, 2007.

**Recommendation:** It is requested that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 26th day of October 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
    U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc: Ryan Anderson, SAUSA
    Louie Yanza, Defense Counsel
    File