✎ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

*The District of Guam*

U.S.A. vs. **TAYNA L. TERLAJE**    Docket No. **Criminal 07-00067-001**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **GRACE D. FLORES**, pretrial services/probation officer, presenting an official report upon the conduct of defendant Tayna L. Terlaje, who was placed under pretrial release supervision by the Honorable Joaquin V.E. Manibusan, Jr., sitting in the court at Hagatna, Guam on the 10th date of August, 2007 under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT

Considered and ordered this 29th day of October, 2007 and ordered filed and made a part of the records in the above case.
A summons shall issue for Monday, November 5, 2007, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2007

/s/ GRACE D. FLORES

Place Hagatna, Guam