# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-07-00067-001  DATE: November 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:32:50 - 9:45:25 |
| CSO: D. Quinata | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Tayna L. Terlaje | Attorney: Louie J. Yanza |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance re Petition for Revocation of Pretrial Release Conditions**

- Probation Officer Flores' request to modify the defendant's release conditions to include participation in substance abuse treatment was <u>granted</u>.
- Court admonished the defendant to abide by her release conditions
- Defendant to remain released.

NOTES: