AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
OCT 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
NOV - 6 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

TAYNA L. TERLAJE

Case Number: **CR-07-00067**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, November 5, 2007 at 9:30 a.m.** |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3148**____

Brief description of offense:

See Petition for Action on Conditions of Pretrial Release, filed separately on October 29, 2007

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**October 29, 2007**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| | RETURN OF SERVICE | |
|---|---|---|
| Service was made by me on:[1] | Date | 11/5/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hagatna, Gu

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/5/07
　　　　　　Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

Called Residence 11/2/07, 9:30a - No Answer.
11/2/07, 11:30a - No Answer.
11/2/07, 1:40p - No Answer.
Called Attorney Yanjin's Office - No Answer - 11/2/07, 3:00p.
Called D Residence 11/5/07, 8:30a - Number is now Disconnected.
Called Attorney Yanza - Not in. left message, 11/5/07, 8:20a.
Received call from Attorney Yanza - Noted D will be in for her hearing today at 9:30a, 11/5/07

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.