# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00067-001 |
| Plaintiff, | ) | |
| | ) | **INFORMATIONAL REPORT** |
| vs. | ) | |
| TAYNA L. TERLAJE, | ) | |
| Defendant. | ) | |

**Re:   Violation of Pretrial Release Conditions**

On August 10, 2007, Tayna L. Terlaje made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging her with Theft of Government Property, in violation of 18 U.S.C. §641. Ms. Terlaje was granted pretrial release with conditions. On September 19, 2007, she pled guilty and a Sentencing Hearing was scheduled for December 18, 2007. Ms. Terlaje is alleged to have violated the following release condition in violation of 18 U.S.C. § 3142(c)(B)(ix):

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On November 13, 2007, the defendant submitted to urinalysis which tested presumptive positive for methamphetamine. She admitted in writing to using "ice" on November 10, 2007. Ms. Terlaje was counseled and returned to phase one day one of the testing program.

A violation hearing was held on November 5, 2007, at which time the Court warned Ms. Terlaje that continued use of drugs would result in revocation of her bond. At that hearing, Ms. Terlaje's conditions of release were modified and she was ordered to participate in a drug treatment program. Ms. Terlaje underwent a substance abuse assessment on November 7, 2007 and her first counseling session on November 13, 2007. The treatment provider has requested she not be revoked at this time and be given a minimum of two weeks, which would provide an opportunity for treatment to work.

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions
Re:    TERLAJE, Tayna L.
Criminal Case No. 07-00067-001
November 21, 2007
Page 2


**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of her pretrial release.

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken.

                                        Respectfully submitted,

                                        ROSSANNA VILLAGOMEZ-AGUON
                                        Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Ryan Anderson, SAUSA
      Louie Yanza, Defense Counsel
      File