# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Tayna L. Terlaje                              CASE NUMBER:   CR-07-00067-001

TYPE OF CASE:

☐ **CIVIL**              X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

**X** **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Tuesday, December 18, 2007 at 9:00 a.m.** | **Wednesday, January 9, 2008 at 10:30 a.m.** |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 14, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
        Louie J. Yanza, Esq.
        U.S. Probation Office
        U.S. Marshals Service