# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**TAYNA L. TERLAJE**

CASE NUMBER: **CR-07-00067**

TYPE OF CASE:

☐ **CIVIL**  **X  CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X  TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | January 9, 2008 at 10:30 A.M. | January 11, 2008 at 11:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_____ January 7, 2008 _____

DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
        Louie J. Yanza
        U.S. Probation Office
        U.S. Marshals Service