# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00067            DATE: January 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore/Carmen B. Sanos | Electronically Recorded: 11:08:38 - 11:23:11 |
| CSO: B. Benavente | |

**APPEARANCES:**

Defendant: Tayna L. Terlaje         Attorney: Louie Yanza
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Ryan Anderson         U.S. Agent:
U.S. Probation: Carleen Borja         U.S. Marshal: D. Punzalan
Interpreter:         Language:

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of <u>$250.00</u>.
- Defendant ordered to pay restitution in the amount of $3,096.00.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: