CASE NO.: See Participant Listing below          DATE: August 21, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 2:39:50 - 3:09:04

**APPEARANCES:**

Participants:

CR-04-00040-002; Michael Untalan Mesa
CR 02-00037-001; Gregory Lee Brub
CR-05-00066-004; Shardae Love
CR-06-00006-001; Alexander Untalan Mesa
CR 05-00004-001; Cornelius Jeffrey Mendiola
CR 07-00067-001; Tayna Louise Terlaje
CR 05-00019-001; Danny Perez Manibusan
CR 95-00040-001; Greg Wayne Paulino
CR 99-00143-001; Eric Salazar Delos Santos
CR 99-00150-001; Antonino Santos Alano

**PROCEEDINGS: 1st Pacific Islands District Court Drug Offender Re-Entry Program**
- Presentation and welcoming remarks (see attached program schedule).
- Official signing of the program executed.
- Participant agreements executed.
- Next hearing to be held on:   September 26, 2008 at 2:30 p.m.

NOTES: Also present: U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr.; Supreme Court of Guam Chief Justice Robert J. Torres, Jr.; Superior Court of Guam Judge Steven S. Unpingco and Anita A. Sukola; U.S. Attorney Leonardo M. Rapadas; Federal Public Defender John T. Gorman, Chief U.S. Probation Officer Rosanna Villagomez-Aguon; William Melendez, Jr. and Barbara Benavente.

 

District Court of Guam
Hagåtña, Guam
August 21, 2008
2:30 p.m.

## 1st Pacific Islands District Court
## Drug Offender Re-Entry Program
*"Prugråman Hinalom Tálo"*

**Opening of Court**
Chief Judge Frances Tydingco-Gatewood
U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr.
Chief Justice Robert J. Torres, Jr., Supreme Court of Guam
Judge Steven S. Unpingco, Superior Court of Guam

**Welcoming Remarks**
Chief Judge Frances Tydingco-Gatewood

**Keynote Speaker**
Judge Steven S. Unpingco, Superior Court of Guam
Adult Drug Court

**Brief Remarks**
Rossanna Villagomez-Aguon, Chief U.S. Probation Officer
John T. Gorman, Federal Public Defender
Leonardo M. Rapadas, U.S. Attorney

**Introduction of Participants**
Grace D. Flores, D.O.R.E. Coordinator, U.S. Probation Officer

**Official Signing of Program Documents**
Chief Judge Frances Tydingco-Gatewood

**Merienda**
U.S. Probation Office, Conference Room, Second Floor



**Mission Statement**
Såtba hao ya un tálo tåtte.
Save yourself and come back.





  

The District Court of Guam requests the

Honour of your presence at its

1st Pacific Islands District Court

Drug Offender Re-Entry Program

On August 21, 2008 at 2:30 p.m.

Fourth Floor Courtroom

R.S.V.P. by August 21, 2008, 11:00 a.m.
Cindy Palacios @ 473-9200