ORIGINAL

TERLAJE_T.stpgar

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 0 2 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAYNA L. TERLAJE,<br><br>    Defendant,<br><br>J.J. INTERNATIONAL SERVICES,<br>dba J.J. GLOBAL,<br><br>    Garnishee. | CRIMINAL CASE NO. 07-00067<br><br>**STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, TAYNA L. TERLAJE, Social Security Number XXX-XX-4197, has requested that wages paid to the judgment defendant, in the amount of $50.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward her restitution that is due and owing;

//

//

flu/mp

Plaintiff, UNITED STATES OF AMERICA, and Defendant, TAYNA L. TERLAJE, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $50.00 per pay period, until her restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 26 Aug. 08

_____
TAYNA L. TERLAJE
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 9/1/08      By: _____
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: _____
GRACE DAMIAN FLORES
U.S. Probation Officer

flu/mp