**TERLAJE_T.stpwrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00067 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF CONTINUING** |
| TAYNA L. TERLAJE, | ) | **GARNISHMENT** |
| Defendant, | ) | |
| J.J. INTERNATIONAL SERVICES, dba J.J. GLOBAL, | ) | |
| Garnishee. | ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, TAYNA L. TERLAJE's wages in the amount of $50.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $50.00 per pay period of TAYNA L. TERLAJE, Social Security Number XXX-XX-4197, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 07-00067** to ensure her account is properly credited.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 04, 2008**